**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| **TERRY WHITING,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **No. 4:26-cv-00986-CDL-AGH** |
| **GREG COUNTRYMAN, et al.,** | : | |
| **Defendants.** | : | |

## DISMISSAL ORDER

*Pro se* Plaintiff Terry Whiting, filed a complaint under 42 U.S.C § 1983 while he was an inmate in the Muscogee County Jail in Columbus, Georgia. ECF No. 1. On August 24, 2026, Plaintiff was ordered to recast his complaint and was provided with instructions on how to do so. ECF No. 8. Plaintiff was further instructed that he "must also immediately inform the Court in writing of any change in his mailing address." *Id.* at 10. Plaintiff was given fourteen (14) days to comply with the Court's Order and was informed that failure to fully and timely comply with an Order of the Court could result in dismissal of this action. *Id.* Plaintiff did not respond.

Therefore, on October 22, 2026, Plaintiff was ordered to show cause why this case should not be dismissed for failure to comply with an order of the Court. ECF No. 9. The Order to Show Cause has been returned to the Court with a notation indicating that Plaintiff is no longer incarcerated in the Muscogee County Jail. ECF No. 10. A search of online records for the Muscogee County Jail reveals that Plaintiff was released from their custody on September 11, 2026. Muscogee County Jail Inmate Search, https://portal-

gamuscogee.tylertech.cloud/app/ViewJailing/#/jailing/489134 [https://perma.cc/SSM4-6W7C] (search "Whiting, Terry" and "Date Booked Past Year") (last viewed November 12, 2026). Plaintiff has failed to notify the Court of his current address.

Due to Plaintiff's failure to follow the Court's Orders, failure to keep the Court informed of his address, and failure to prosecute this action, the case is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 12th day of November, 2026.

S/Clay D. Land
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA