IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

TERRY WHITING, *

Plaintiff, *

v. Case No. 4:26-cv-00986-CDL-AGH

*

SHERIFF GREG COUNTRYMAN, *et al.*,

*

Defendants.

*

**J U D G M E N T**

Pursuant to this Court's Order dated November 12, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 12th day of November, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk